UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES ANTHONY CALLEJA,                    CASE NO. 8:16-CV-991-T-17AEP

    Plaintiff,

v.

BRIGHT HOUSE NETWORKS, L.L.C.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, James Anthony Calleja ("Plaintiff") and Defendant, Bright House Networks, LLC. ("Bright House Networks"), through their respective undersigned counsel, hereby give notice pursuant to Local Rule 3.08 that they have settled this matter between them. Accordingly, Plaintiff and Bright House Networks move the court to administratively close the file, subject to the right of either party to move the court within sixty (60) days for the purpose of entering a stipulated form of Final Order; or on good cause showing, to reopen the case for further proceedings, including but not limited to motions to enforce settlement agreement.

| | |
|---|---|
| s/ Jarrett L. Ellzey | s/ Eric J. Partlow |
| AARON SIRI, ESQ. | ERIC J. PARTLOW, ESQ. |
| SIRI & GLIMSTAD LLP. | Florida Bar No.: 556531 |
| 136 Madison Avenue | IRAIN J. GONZALEZ ESQ. |
| 5th Floor | Florida Bar No.: 092408 |
| New York, NY 10016 | ADAMS AND REESE LLP. |
| Phone: (212) 532-1091 | 101 E. Kennedy Boulevard, Suite 4000 |
| Fax: (646) 417-5967 | Tampa, Florida 33602 |
| | Telephone: 813-402-2880 |
| | Fax: 813-402-2887 |
| | E-mail: eric.partlow@arlaw.com |
| | E-mail: ira.gonzalez@arlaw.com |
| | ***Attorneys for Defendant, Bright House Networks, LLC.*** |

42129336_1

W. CRAFT HUGHES, ESQ.
Texas Bar No. 24046123
JARRETT L. ELLZEY, ESQ.
Texas Bar No. 24040864
HUGHES ELLZEY, LLP.
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
craft@hughesellzey.com
jarrett@hughesellzey.com
*Attorneys for Plaintiff, James Anthony Calleja*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

s/ Eric J. Partlow
ERIC J. PARTLOW, ESQ.